| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Moreno, Mark A. | 2. Court or Organization U.S. District Court, D.S.D. | 3. Date of Report 07/08/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge - Part-Time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

419 Federal Building
225 South Pierre Street
Pierre SD 57501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder and President | Schmidt, Schroyer, Moreno, Lee & Bachand, P.C. |
| 2. | Director and President | Neltorn Addition Civic & Recreational Association |
| 3. | Member | Ecliptic LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 07/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Schmidt, Schroyer, Moreno, Lee & Bachand, P.C. | $121,876.00 |
| 2. 2013 | Soccer Official | $1,562.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | St. Mary's Healthcare Center - Nurse |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 07/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moreno, Mark A. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock - Schmidt, Schroyer, Moreno, Lee & Bachand, P.C. | | None | K | U | | | | | |
| 2. Prof.Shar.Plan&Trust-Schmidt,Schroyer, Moreno, . . ., P.C. | D | Int./Div. | M | T | | | | | |
| 3. SD Retirement System (SDRS) (State of SD) | B | Interest | L | T | | | | | |
| 4. Thrift Sav. Acct. (Amer.Funds Investment Co. of Amer.) | B | Dividend | K | T | | | | | |
| 5. SD Retirement System (SDRS) (State of SD) | B | Interest | K | T | | | | | |
| 6. SD Retirement System Supp. Retirement Plan (State of SD) | A | Interest | J | T | | | | | |
| 7. Common Stock (Amern Strategic Inc. Port III) | A | Dividend | J | T | | | | | |
| 8. Mutual Fund Stock (Amer. Funds Fundamental Investors) | A | Dividend | J | T | | | | | |
| 9. Mutual Fund Stock (Amer. Funds Growth Fund of America) | A | Dividend | J | T | | | | | |
| 10. Mutual Fund Stock (Amer. Funds Investment Co. of Amer.) | A | Dividend | J | T | | | | | |
| 11. Mutual Fund Stock (Amer. Funds Fundamental Investors) | A | Dividend | K | T | Sold (part) | 1/28/13 | K | A | |
| 12. Mutual Fund Stock (Vanguard 500 Index) | A | Dividend | J | T | | | | | |
| 13. Retirement Plan (Catholic Health Initiatives (CHI)) | C | Interest | L | T | | | | | |
| 14. IRA (500 Index Fund - Vanguard Group) | A | Dividend | K | T | | | | | |
| 15. IRA (500 Index Fund - Vanguard Group) | A | Dividend | J | T | | | | | |
| 16. Mutual Fund Stock (Vanguard 500 Index) | A | Dividend | J | T | | | | | |
| 17. Money Market Accounts (Ameriprise) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Money Market Accounts (Ameriprise) | A | Dividend | J | T | | | | | |
| 19. IRA (Columbia Seligman Communications Fund - Ameriprise) | A | Dividend | K | T | | | | | |
| 20. Mutual Fund Stock (Amer. Funds Growth Fund of America) | A | Dividend | J | T | | | | | |
| 21. Roth IRA (Oakmark Equity & Income Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 22. Mutual Fund Stock (Oakmark Equity & Income) | B | Dividend | K | T | | | | | |
| 23. Roth IRA (Oakmark Equity & Inc. Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 24. Mutual Fund Stock (Managers Pimco Bond) | A | Dividend | J | T | | | | | |
| 25. College Access 529 (PIMCO- Real Return Plus-SD Inv. Coun.) | | None | | | Sold | 8/20/13 | J | A | |
| 26. Mutual Fund Stock (T. Rowe Mid Cap. Value) | A | Dividend | J | T | | | | | |
| 27. Mutual Fund Stock (T. Rowe Mid Cap. Value) | A | Dividend | J | T | | | | | |
| 28. Mutual Fund Stock (Dodge & Cox Stock) | A | Dividend | J | T | | | | | |
| 29. Mutual Fund Stock (Dodge & Cox Balanced) | A | Dividend | J | T | | | | | |
| 30. Mutual Fund Stock (Dodge & Cox Income) | A | Dividend | J | T | | | | | |
| 31. Roth IRA (Stock Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 32. Roth IRA (Balanced Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 33. Roth IRA (Stock Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 34. Roth IRA (Balanced Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Roth IRA (Columbia Seligman Communications Fund-Ameriprise) | A | Dividend | J | T | | | | | |
| 36. General Electric Stock | A | Dividend | J | T | | | | | |
| 37. IBM Stock | A | Dividend | J | T | | | | | |
| 38. Mutual Fund Stock (Oakmark Global) | A | Dividend | J | T | | | | | |
| 39. Mutual Fund Stock (T Rowe Cap. Apprec.) | A | Dividend | J | T | | | | | |
| 40. Mutual Fund Stock (Selected American) | A | Dividend | J | T | | | | | |
| 41. Mutual Fund Stock (T Rowe Media & Telecom) | B | Dividend | J | T | | | | | |
| 42. Mutual Fund Stock (T Rowe Spectrum Growth) | A | Dividend | J | T | | | | | |
| 43. Mutual Fund Stock (Amer. Funds Cap. Wld Gr & Inc.) | A | Dividend | J | T | | | | | |
| 44. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 45. Roth IRA (Oakmark Global Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 46. Roth IRA (T Rowe Cap Apprec Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 47. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 48. Roth IRA (T Rowe Cap Apprec Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 49. Mutual Fund Stock (Oakmark Global) | A | Dividend | J | T | Sold (part) | 04/29/13 | J | A | |
| 50. Mutual Fund Stock (T Rowe Cap Apprec) | A | Dividend | J | T | | | | | |
| 51. Mutual Fund Stock (Selected American) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mutual Fund Stock (T Rowe Spectrum Growth) | A | Dividend | J | T | | | | | |
| 53. Pepsico Stock | A | Dividend | J | T | | | | | |
| 54. Mutual Fund Stock (Dodge & Cox Intl Stock) | A | Dividend | J | T | | | | | |
| 55. Mutual Fund Stock (UMB Scout International) | A | Dividend | J | T | | | | | |
| 56. Mutual Fund Stock (Oakmark Equity & Income) | B | Dividend | J | T | | | | | |
| 57. Mutual Fund Stock (Permanent Portfolio) | A | Dividend | J | T | | | | | |
| 58. IRA (Permanent Portfolio Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 59. IRA (Permanent Portfolio Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 60. Mutual Fund Stock (Vanguard Wellington) | A | Dividend | J | T | | | | | |
| 61. Mutual Fund Stock (TCW) | A | Dividend | J | T | | | | | |
| 62. Mutual Fund Stock (Fidelity Govt. Inc.) | A | Dividend | J | T | | | | | |
| 63. Mutual Fund Stock (Vanguard Intermediate-Term Treas.) | A | Dividend | J | T | | | | | |
| 64. Mutual Fund Stock (Harbor Bond) | A | Dividend | J | T | | | | | |
| 65. Mutual Fund Stock (Harbor Bond) | A | Dividend | J | T | Sold (part) | 07/11/13 | J | | |
| 66. Mutual Fund Stock (FPA Crescent) | A | Dividend | J | T | | | | | |
| 67. Mutual Fund Stock (Columbia Seligman Communications) | A | Dividend | J | T | | | | | |
| 68. Mutual Fund Stock (Vanguard Wellesley Inc.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mutual Fund Stock (Vanguard Dividend Growth) | A | Dividend | J | T | | | | | |
| 70. Mutual Fund Stock (Vanguard GNMA) | A | Dividend | J | T | | | | | |
| 71. Mutual Fund Stock (FPA Crescent) | A | Dividend | J | T | | | | | |
| 72. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 73. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 74. Common Stock (ALPS Corp.) | | None | K | U | | | | | |
| 75. Mutual Fund Stock (Vanguard GNMA) | A | Dividend | J | T | Sold (part) | 08/23/13 | J | A | |
| 76. Modern Woodman (Adjustable Life Insurance) | A | Interest | J | T | | | | | |
| 77. Mutual Fund Stock (Yacktman) | A | Dividend | J | T | | | | | |
| 78. Mutual Fund Stock (Amer. Funds New Perspective) | A | Dividend | J | T | | | | | |
| 79. Mutual Fund Stock (Columbia Seligman Communications) | A | Dividend | J | T | | | | | |
| 80. CHI Retirement Sav.(403(b)) Plan (Fidelity Contrafund-Fidelity) | B | Dividend | K | T | | | | | |
| 81. CHI Retirem't Sav(403(b))Plan(AmFunds EuroPacific Grth-Fidelity) | A | Dividend | K | T | | | | | |
| 82. CHI Retirem't Sav(403(b))Plan(Vanguard Ext. Mkt. Idx - Fidelity) | A | Dividend | K | T | | | | | |
| 83. CHI Retirem't Sav(403(b))Plan(Pimco Total Return - Fidelity) | A | Dividend | K | T | | | | | |
| 84. Roth IRA (Vanguard Wellesley) | A | Dividend | J | T | | | | | |
| 85. Roth IRA (Vanguard Wellesley) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 07/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mutual Fund Stock (T. Rowe Health Sciences) | A | Dividend | J | T | | | | | |
| 87. Avera Retirem't Sav (403(b)) Plan (FID Freedom 2025 Fidelity) | A | Int./Div. | J | T | Buy (add'l) | 01/01/13 | J | | |
| 88. Ecliptic LLC | C | Distribution | M | U | Buy | 03/01/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 07/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1, page 1, line 3 - I am no longer a member of the State Soccer Referee Committee (as disclosed on this line in the prior report). I am, however, a member of the named entity, a LLC formed during the reporting period.

Part VII, page 4, line 1 - The common stock referred to is stock I own in my law firm. Although I did not receive any income from the stock itself during the reporting period, I did earn income from my law practice with the firm during this period. See Part III, subpart A, lines 1, 2.

Part VII, pages 5, 7, lines 22, 56 -- These same mutual fund stocks were reported a third time in last year's report; the repeated entry (found in line 88 of the prior report) has been excised from this report.

Part VII, pages 7, 8, lines 66, 71 -- There are only two of these mutual fund stocks; any additional references to them, see Part VII, page 8, lines 79-82 of the 2012 report, have been deleted because they are duplicate entries.

Part VII, page 9, line 87 -- This retirement savings plan was opened and contributed to, each pay period, during the reporting period.

Part VII, page 9, line 88 -- During the reporting period, this LLC purchased property (in Pierre, South Dakota), part of which was rented to my law firm.

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 07/08/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark A. Moreno**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544